Bruce C. Fox (*pro hac vice*)
bruce.fox@obermayer.com
Andrew Horowitz (*pro hac vice*)
Andrew.Horowitz@obermayer.com
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
BNY Mellon Center, Suite 5240
500 Grant Street
Pittsburgh, PA  15219
Tel:   (412) 566-1500
Fax:   (412) 566-1508

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Byron Goldstein (SBN 289306)
brgoldstein@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR GARCIA, ROBERT CAHIGAL, BRIAN HOLLIDAY AND TINA DIEMER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PPG INDUSTRIES, INC.,<br><br>Defendant. | Case No.: 3:15-cv-00319-LB<br><br>**PLAINTIFFS' NOTICE OF FILING OF CONSENT TO JOIN FORM UNDER THE FAIR LABOR STANDARDS ACT 29 U.S.C. § 216(B)**<br><br>Hon. Laurel Beeler |

Plaintiffs, pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act, hereby submit the following Consent to Join Forms for the following individual:

1. Hector Garcia

Dated: January _30_, 2015           Respectfully submitted,

                                    GOLDSTEIN, BORGEN, DARDARIAN & HO

                                    /s/ Byron Goldstein
                                    Byron Goldstein

                                    Attorneys for Plaintiffs and the Putative Class

# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR GARCIA, ROBERT CAHIGAL, BRIAN HOLLIDAY, AND TINA DIEMER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PPG INDUSTRIES, INC.,<br><br>Defendant. | Case No.: 3:15-cv-00319-LB<br><br>Hon. Laurel Beeler |

### CONSENT TO JOIN AS PARTY PLAINTIFF

1. I affirm that I was employed by Defendant, PPG Industries, Inc. ("PPG"), as a Territory Manager on or after April 2, 2013.

2. Since April 2013, I have been classified as non-exempt.

3. I understand this suit is brought under the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* Pursuant to 29 U.S.C. § 216(b), I hereby give my consent to be a party plaintiff in the above-captioned action, and agree to be bound by any settlement or judgment of the Court in this action.

///
///
///
///
///
///
///

4. I hereby authorize the above-named Plaintiffs or Plaintiffs' counsel of record to file this consent with the Clerk of the court.

Please type or print in ink the following:

Name: Hector Garcia

Address: 4246 Briarglen Drive

San Jose, CA 95118
*(City)* *(State)* *(Zip Code)*

Tel. No.: (408) 813-1638     (408) 813-1638
*(Day)* *(Evening)*

Date: 1-30-2015     *[signature]*
Signature