Bruce C. Fox (*pro hac vice*)
bruce.fox@obermayer.com
Andrew J. Horowitz (*pro hac vice*)
Andrew.Horowitz@obermayer.com
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
BNY Mellon Center, Suite 5240
500 Grant Street
Pittsburgh, PA  15219
Tel:   (412) 566-1500
Fax:   (412) 566-1508

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
Byron Goldstein (SBN 289306)
brgoldstein@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR GARCIA, ROBERT CAHIGAL, BRIAN HOLLIDAY AND TINA DIEMER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>PPG INDUSTRIES, INC.,<br><br>    Defendant. | Case No.:  Case No. C 15-00319 WHO<br><br>**JOINT STATUS REPORT**<br><br>Hon. William H. Orrick |

The parties submit this joint status report regarding mediation, the tolling of Plaintiffs' FLSA claims, and the filing of Plaintiffs' motion for conditional certification. The parties filed a Joint Case Management Statement ("CMC Statement") on April 3, 2015. ECF No. 17. In the CMC Statement, the parties stated that they had scheduled mediation with mediator Mark Rudy for July 16, 2015. *Id*. at 2-3. The parties also stated that the FLSA statute of limitations was tolled for the Plaintiffs and putative collective action members from April 3, 2015 through June 1, 2015.

After the April 14, 2015 Case Management Conference, ECF No. 27, the parties agreed to reschedule the July 16, 2015 mediation with Mr. Rudy to September 15, 2015. The parties also agreed to further maintain the status quo. The parties agree that the FLSA statute of limitations is tolled from April 3, 2015 through October 15, 2015. The Plaintiffs agree not to file a motion for conditional certification or for class certification until after the expiration of the tolling period. The Plaintiffs further agree not to engage in formal discovery prior to September 15, 2015 mediation. The Defendant agrees not to seek releases from potential class/collective action members, as defined in the *Garcia* complaint, for claims alleged in the *Garcia* complaint.

Dated: June 16, 2015         Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

   */s/   Byron Goldstein*
LAURA L. HO
BYRON GOLDSTEIN
WILLIAM JHAVERI-WEEKS

Attorneys for Plaintiffs and the Putative Class

Dated: June 16, 2015

LITTLER MENDELSON, P.C.

   */s/   Karin Cogbill*
KARIN COGBILL
SOPHIA BEHNIA

Attorneys for Defendant PPG Industries, Inc.