UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR GARCIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PPG INDUSTRIES, INC.,<br><br>　　　　Defendant. | Case No.  15-cv-00319-WHO<br><br>**SETTING CASE FOR CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 32 |

On September 16, 2015, the parties filed a Notice of Settlement. Dkt. No. 31. Two months later, on November 24, 2015, the parties notified the Court that the settlement that would be formally concluded in a few weeks. Dkt. No. 32. Based on that representation, I vacated the Case Management Conference set for December 1, 2015. The parties have not been heard from since. The parties shall file a Joint Case Management Statement on or before March 17, 2016 and shall appear at a Case Management Conference on March 22, 2016 to explain the status of this matter.

**IT IS SO ORDERED**.

Dated: March 10, 2016

WILLIAM H. ORRICK
United States District Judge