Bruce C. Fox (*pro hac vice*)
bruce.fox@obermayer.com
Andrew J. Horowitz (*pro hac vice*)
Andrew.Horowitz@obermayer.com
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
BNY Mellon Center, Suite 5240
500 Grant Street
Pittsburgh, PA  15219
Tel:   (412) 566-1500
Fax:   (412) 566-1508

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
Byron Goldstein (SBN 289306)
brgoldstein@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR GARCIA, ROBERT CAHIGAL, BRIAN HOLLIDAY AND TINA DIEMER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PPG INDUSTRIES, INC.,<br><br>    Defendant. | Case No.: C 15-00319 WHO<br><br>**STIPULATION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT**<br><br>Hon. William H. Orrick<br><br>Date:<br>Time:<br>Dept:    Courtroom 2, 17th Floor<br>Trial:    Not set |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that the undersigned counsel of record for Plaintiffs Garcia *et al.* and Defendant PPG Industries, Inc. hereby stipulate, pursuant to Local Rules 6-1(b) and 6-2, to the following:

1. WHEREAS Plaintiffs have just finalized the settlement agreement in this case as of March 10, 2015;

2. WHEREAS Plaintiffs have filed herewith an Unopposed Motion for Preliminary Approval of Class Action Settlement and Approval of FLSA Settlement;

3. WHEREAS Defendant does not anticipate filing any responsive brief prior to the hearing on the motion;

4. WHEREAS under the Local Rules, motions are heard on a 35-day calendar unless the briefing schedule is modified by the Court;

5. WHEREAS the parties wish to proceed with the settlement Notice process as expeditiously as possible;

6. WHEREAS the Court has scheduled a status hearing in this case for March 22, 2016 (ECF No. 34);

7. NOW THEREFORE the Parties stipulate and request the Court to order as follows:

8. The hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement shall take place at the currently scheduled status hearing on March 22, 2016 at 2:00 p.m. in the Courtroom of the Honorable William H. Orrick, located at 450 Golden Gate Avenue, San Francisco, California 94102. The filing of the Motion for Preliminary Approval shall satisfy the parties' obligation to file a Status Report as ordered in Docket No. 34.

It is so stipulated.

Dated: March 11, 2016   /s/ *William C. Jhaveri-Weeks*
William C. Jhaveri-Weeks
GOLDSTEIN, BORGEN, DARDARIAN & HO

*Attorneys for Plaintiffs and the Putative Class*

| | |
|---|---|
| Dated: March 11, 2016 | /s/ Karin M. Cogbill<br>Karin M. Cogbill<br>LITTLER MENDELSON, P.C. |
| | *Attorneys for Defendant* |

**SIGNATURE ATTESTATION**

Pursuant to Northern District L.R. 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Dated: March 11, 2016 | /s/ William C. Jhaveri-Weeks<br>William C. Jhaveri-Weeks<br>GOLDSTEIN, BORGEN, DARDARIAN & HO |
| | *Attorneys for Plaintiffs and the Putative Class* |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: March 16, 2016

_____
WILLIAM H. ORRICK
United States District Judge